No. 91–5454. MORGAN v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 91–5458. JARVI v. NOBLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–5462. SPIRKO v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 91–5471. ANTHONY v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 91–5474. ARCOREN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5484. MOORE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–5488. TANNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–5489. WATT v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5490. MITCHELL v. GUNTER, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–5503. MYERS v. EVATT ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5509. HOLSEY v. GREEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5515. OLIVA v. MORGAN, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 91–5516. BRADSHAW v. GILMORE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–5519. HICKSON v. GARNER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–5520. WELLS v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.